IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT FAGAN, SHAWN HAGENAH, BRADLEY A. JENSEN, and JOSEPH G. STEPHANI,

    Plaintiffs,

v.

SUPERIOR REFINING COMPANY LLC.,

    Defendants.

Case No. 19-cv-462-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Superior Refining Company LLC., against plaintiffs Robert Fagan, Shawn Hagenah, Bradley A. Jensen and Joseph G. Stephani dismissing plaintiff's claims without prejudice.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 7/9/2020 |
| Peter Oppeneer, Clerk of Court | Date |